ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 26 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 26 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-26-12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS NAVARRO, | Case No. SACV 12-1045-RGK (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| TIMOTHY S. ROBINS, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 21, 2012

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE